UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | Case No. 10-54041-659 |
| Matthew J. Miller, ) | |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| Wells Fargo Auto Finance, Inc. ) | |
| ) | |
| Movant. ) | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

COMES NOW, Movant Wells Fargo Auto Finance, Inc. (hereinafter "Movant") and for its Objection to the Confirmation of Debtor's Chapter 13 Plan states as follows:

1. Movant is the holder of a Promissory Note and Security Agreement dated March 22, 2006 which is secured by the Debtor's motor vehicle described as a 2006 Chevrolet Cobalt, VIN #1G1AL15F667649678.

2. Debtor's Plan lists the fair market value of the 2006 Chevrolet Cobalt at $6,150.00.

3. The N.A.D.A. book for Central States lists the retail value of the Debtors' 2006 Chevrolet Cobalt at $8,450.00, a copy of which is attached hereto and incorporated herein as if more fully set forth, and marked as Exhibit 1.

4. Under Debtor's proposed Plan Wells Fargo lacks adequate protection as Movant's claim on the 2006 Chevrolet Cobalt should be listed at $8,450.00.

5. Under Debtor's proposed Plan Movant lacks adequate protection as Debtor's Plan payments are insufficient to pay Movant at least 1.5% of its claim per month.

WHEREFORE, Wells Fargo prays for an Order of this Court denying the Confirmation of Debtor's Chapter 13 Plan or, in the alternative, an Order requiring the Debtor to amend his plan

to increase the monthly payments to adequately protect Movant; and to reflect the value of

Movant's secured claim on the 2006 Chevrolet Cobalt to be $8,450.00.

                                DUNN & MILLER, P.C.

                              By:    /S/ John P. Miller
                                   John P. Miller #38233MO
                                   13321 North Outer Forty Rd., Suite 100
                                   Town & Country, MO 63017
                                   (314) 786-1200
                                   FAX (314) 786-1201
                                   jmiller@dunnandmiller.com

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing Objection to Debtor's Chapter 13 Plan was served via U.S. mail this 22nd day of February, 2011 by first-class mail, postage prepaid to the following parties not served electronically:

Matthew J. Miller
411 Evergreen
St. Charles, MO 63301
DEBTOR

      The following parties will be served electronically:

| Douglas M. Heagler | John V. LaBarge, Jr. | Office of U.S. Trustee |
| --- | --- | --- |
| 6302 N. Rosebury, Ste. 1W | P.O. 430908 | 111 South Tenth St., Ste. 6353 |
| Clayton, MO 63015 | St. Louis, MO 63143 | St. Louis, MO 63102 |
| DEBTOR'S ATTORNEY | CHAPTER 13 TRUSTEE | |

                                                 /S/ John P. Miller
                                                 John P. Miller

Period: 2010    December
Region: Central
VIN: 1G1AL15F667649678
Reference #:
Year: 2006
Make: CHEVROLET
Series: Cobalt-L4
Body: Coupe 2D LT
Mileage: 67,500    Adjustment: $0
MSRP: $16,200    Weight: 2,742

☒ Aluminum/Alloy Wheels
☒ Cruise Control
☐ Leather Seats
☐ Pioneer Stereo
☒ Power Door Locks
☐ Power Sunroof
☐ W/out Auto. Trans.



|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| Base: | $4,575 | $5,475 | $6,200 | $5,600 | $8,450 |
| Mileage Adjustment: | $0 | $0 | $0 | $0 | $0 |
| Options Adjustment: | $0 | $0 | $0 | $0 | $0 |
| Adjusted Value: | $4,575 | $5,475 | $6,200 | $5,600 | $8,450 |

## Auction Values
Date Range:

|  | Low Auction | Average Auction | High Auction |
|---|---|---|---|
| Adjusted Value*: | $0.00 | $0.00 | $0.00 |

* NADA Auction Values are only available for the most current data period: (February 2011)

NADA Auction Values are weekly wholesale valuations that directly represent current auction market transactions through auction data analysis. For more detailed information click here.